IN THE SUPREME COURT OF THE STATE OF MONTANA

FILED

SEP 1 0 2008

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

AF 07-0110

IN RE THE PROPOSED AMENDMENTS ) 
TO THE MONTANA UNIFORM )     O R D E R
DISTRICT COURT RULES )

On August 20, 2008, the Court amended the Uniform District Court Rules to reflect changes in the law requiring that jurors be selected from lists of drivers and ID card holders as well as voters. Rule 9 of the UDCR was amended to reflect the present state of the law and to address the question of access to answers given in the juror questionnaires. It has been brought to the attention of the Court that the amendment did not specifically allow judges to have access to said answers.

Accordingly, Uniform District Court Rule 9 is amended as follows:

Rule 9. Juror Questionnaire.

> The completed forms will only be available to the parties, the attorneys for the parties, judges and court employees. Others requesting the completed forms must file a Request for Private Information with the Court. The jury questionnaire will be destroyed by the clerk's office within a reasonable length of time after the conclusion of the jury term.

IT IS FURTHER ORDERED that this Order shall be posted on the websites of the Montana State Law Library and the State Bar of Montana. The State Bar of Montana is further requested to give notice of this Order and of its website posting in the next available issue of *The Montana Lawyer*.

1

IT IS FURTHER ORDERED that this Order be circulated electronically by the office of the Clerk of this Court to all district court judges in the state of Montana. In addition, a copy of this Order shall be electronically published on the website of the judicial branch, http://www/courts/mt.gov, and on the website of the State Bar of Montana.

DATED this 10th day of September, 2008.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2